LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
PEDRO FUENTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>VICENTE VELAZQUEZ, PEDRO FUENTES, LUIS ALBERTO FERNANDEZ CONTRERAS, LEONEL VILLA LOPEZ, ROBERTO AGUILAR NAVARRO, and EDWIN ARAMBULO,<br><br>        Defendants. | Case No.: 2:16-CR-025-TLN<br><br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:      July 20, 2017<br>Time:     9:30 a.m.<br>Court:    Hon. Troy L. Nunley |

       This matter is presently set for a status conference on May 4, 2017. The case involves allegations of distribution of controlled substances stemming from several rounds of court-authorized wiretaps. The government provided an initial disclosure to defense counsel of voluminous reports, tapes and transcripts in the English and Spanish languages. The government

ORDER CONTINUING STATUS
CONFERENCE

recently provided a disc containing additional reports. In addition, Defendant Edwin Arambulo had an arraignment hearing for the charges in the Indictment approximately one month ago on March 24, 2017.

All defense counsel are in the continuing process of reviewing the original and supplemental discovery and conducting their own investigation regarding potential defenses in the case. Many of the events discussed in the reports and transcripts occurred in the Yuba City/Marysville region, approximately 40 miles from Sacramento.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, and Attorney Jesse Ortiz on behalf of Defendant Vicente Velasquez, Attorney Todd D. Leras on behalf of Defendant Pedro Fuentes, Attorney Greg Foster on behalf of Defendant Luis Alberto Fernandez Contreras, Attorney Clemente Jimenez on behalf of Defendant Leonel Villa Lopez, Attorney Hayes Gable on behalf of Defendant Roberto Aguilar Navarro, and Attorney Michael Bigelow on behalf of Defendant Edwin Arambulo, stipulate as follows:

1.  By this stipulation, Defendants now move to vacate the status conference presently set for May 4, 2017. The parties request to continue the status conference to July 20, 2017, at 9:30 a.m., and to exclude time between May 4, 2017 and July 20, 2017 under Local Code T-4. The United States does not oppose this request.

2.  Due to the volume of discovery in the case, including the recordings and transcripts of intercepted telephone conversations under court-authorized wiretaps, and the supplemental discovery recently provided by the United States, defense counsel for all defendants are engaged in ongoing review of the discovery and defense

ORDER CONTINUING STATUS CONFERENCE

investigation related to potential defenses in this matter. This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.

3. All defense counsel represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 4, 2017 to July 20, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Justin Lee and all defense counsel have reviewed this proposed order and authorized Todd Leras to sign it on their behalf.

DATED: May 1, 2017

By     Todd D. Leras for
              JUSTIN LEE
              Assistant United States Attorney

DATED: May 1, 2017

By     /s/ Todd D. Leras for
              JESSE ORTIZ
              Attorney for Defendant
              VICENTE VELAZQUEZ

DATED: May 1, 2017

By     /s/ Todd D. Leras
              TODD D. LERAS
              Attorney for Defendant
              PEDRO FUENTES

DATED: May 1, 2017

By     Todd D. Leras for
              GREG FOSTER
              Attorney for Defendant
              LUIS ALBERTO FERNANDEZ
              CONTRERAS

DATED: May 1, 2017

By     Todd D. Leras for
              CLEMENTE JIMENEZ
              Attorney for Defendant
              LEONEL VILLA LOPEZ

DATED: May 1, 2017

By     Todd D. Leras for
              HAYES GABLE
              Attorney for Defendant
              ROBERTO AGUILAR NAVARRO

DATED: May 1, 2017

By     Todd D. Leras for
              MICHAEL BIGELOW
              Attorney for Defendant
              EDWIN ARAMBULO

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for May 4, 2017, is vacated. A new status conference is scheduled for July 20, 2017, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from May 4, 2017, up to and including July 20, 2017.

DATED: May 2, 2017

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS
CONFERENCE