LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
PEDRO FUENTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VICENTE VELAZQUEZ, PEDRO FUENTES, LEONEL VILLA LOPEZ, ROBERTO AGUILAR NAVARRO, and EDWIN ARAMBULO,<br><br>　　　　Defendants. | Case No.: 2:16-CR-025 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　September 7, 2017<br>Time:　　9:30 a.m.<br>Court:　　Hon. Troy L. Nunley |

　　　　This matter is presently set for a status conference on July 20, 2017.  The case involves allegations of distribution of controlled substances stemming from several rounds of court-authorized wiretaps.  The discovery includes voluminous reports, audio and video tapes, and transcripts in the English and Spanish languages.  Attorney Tasha Chalfant recently replaced Roberto Aguilar Navarro's original counsel, Hayes Gable.  Defendant Edwin Arambulo also

ORDER CONTINUING STATUS
CONFERENCE

made his initial appearance as to the charges in the Indictment approximately four months ago on March 24, 2017.

All defense counsel are in the continuing process of reviewing discovery and conducting their own investigation regarding potential defenses in the case. Many of the events discussed in the reports and transcripts occurred in the Yuba City/Marysville region, approximately 40 miles from Sacramento.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, and Attorney Jesse Ortiz on behalf of Defendant Vicente Velasquez, Attorney Todd D. Leras on behalf of Defendant Pedro Fuentes, Attorney Clemente Jimenez on behalf of Defendant Leonel Villa Lopez, Attorney Tasha Chalfant on behalf of Defendant Roberto Aguilar Navarro, and Attorney Michael Bigelow on behalf of Defendant Edwin Arambulo, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for July 20, 2017. The parties request to continue the status conference to September 7, 2017, at 9:30 a.m., and to exclude time between July 20, 2017 and September 7, 2017 under Local Code T-4. The United States does not oppose this request.

2. Due to the volume of discovery in the case, including the recordings and transcripts of intercepted telephone conversations under court-authorized wiretaps, and the supplemental discovery recently provided by the United States, defense counsel for all defendants are engaged in ongoing review of the discovery and defense investigation related to potential defenses in this matter. This investigation is

ORDER CONTINUING STATUS
CONFERENCE

necessary to ensure that potential defenses are explored and discussed with each defendant in the case.

3. All defense counsel represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 20, 2017 to September 7, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Justin Lee and all defense counsel have reviewed this proposed order and authorized Todd Leras to sign it on their behalf.

ORDER CONTINUING STATUS CONFERENCE

1  DATED: July 17, 2017
2                                                         By   Todd D. Leras for
                                                              JUSTIN LEE
3                                                             Assistant United States Attorney

4  DATED: July 17, 2017
5                                                         By   /s/ Todd D. Leras for
                                                              JESSE ORTIZ
6                                                             Attorney for Defendant
                                                              VICENTE VELAZQUEZ
7
8  DATED: July 17, 2017
                                                          By   /s/ Todd D. Leras
9                                                             TODD D. LERAS
                                                              Attorney for Defendant
10                                                            PEDRO FUENTES

11
   DATED: July 17, 2017
12                                                        By   Todd D. Leras for
                                                              CLEMENTE JIMENEZ
13                                                            Attorney for Defendant
                                                              LEONEL VILLA LOPEZ
14 DATED: July 17, 2017
15                                                        By   Todd D. Leras for
                                                              TASHA CHALFANT
16                                                            Attorney for Defendant
                                                              ROBERTO AGUILAR NAVARRO
17
18 DATED: July 17, 2017                                   By   Todd D. Leras for
                                                              MICHAEL BIGELOW
19                                                            Attorney for Defendant
                                                              EDWIN ARAMBULO
20
21
22
23
24
25
26
27
28 ORDER CONTINUING STATUS
   CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for July 20, 2017, is vacated. A new status conference is scheduled for September 7, 2017, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from July 20, 2017, up to and including September 7, 2017.

DATED: July 18, 2017

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE