**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Edwin Arambulo

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR.S-16-025 TLN |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| vs. | ) CONTINUE FOR CHANGE OF PLEA |
| EDWIN ARAMBULO | ) |
| Defendant | ) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant's herein, by and through their counsel of record, hereby stipulates as follows:

By previous order, this matter was set for status on September 7, 2017.

By this stipulation, defendant Arambulo, alone, now move to vacate the status conference and continue the matter to September 21, 2017, at 9:30 a.m., for a change of plea, and to exclude time between September 7, 2017, and September 21, 2017

under Local Code T4. Plaintiff agrees with this request.

Counsel for defendants desire additional time to review documents and to consult with his client relative to matters contained within the plea agreement.

The government agrees to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 7, 2017, to September 21, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h).

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period

within which a trial must commence.

DATED: August 25, 2017                Respectfully submitted

                                          /S/MICHAEL B. BIGELOW
                                          Michael B. Bigelow
                                          Attorney for Defendant

**IT IS SO STIPULATED**

/S/ Justin Lee
Justin Lee, Esq.,                     Dated: August 25, 2017
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW                 Dated: August 25, 2017
Michael B. Bigelow
Attorney for Defendant
Edward Arambulo

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation the above referenced matter shall be continued until September 21, 2017 9:30 AM, and time excluded for the reasons set forth above.

DATED: August 25, 2017

Troy L. Nunley
United States District Judge