```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  JUSTIN L. LEE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWIN ARAMBULO,<br><br>    Defendant. | 2:16-CR-00025-TLN<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE<br><br>Judge: Hon. Troy L. Nunley |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on December 7, 2017.
2. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until January 11, 2018, at 9:30 a.m.

///

///

Stipulation to Continue          1          United States v. Arambulo

3. The United States has notified the assigned Probation Officer of the requested scheduling change.

**IT IS SO STIPULATED.**

DATED: December 5, 2017    /s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

DATED: December 5, 2017    /s/ Michael Bigelow
MICHAEL BIGELOW
Attorney for EDWIN ARAMBULO

**ORDER**

IT IS SO FOUND AND ORDERED, this 5th day of December, 2017.

Troy L. Nunley
United States District Judge