McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PEDRO FUENTES, and
LEONEL VILLA LOPEZ,

Defendants.

2:16-CR-00025-TLN

FINAL ORDER OF FORFEITURE

On September 7, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Leonel Villa Lopez forfeiting to the United States the following property:

      a.      Approximately $5,466.00 in U.S. Currency.

On or about October 10, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Pedro Fuentes forfeiting to the United States the following property:

      a.      Approximately $5,300.00 in U.S. Currency, and

      b.      Approximately $11,485.00 in U.S. Currency.

Beginning on September 28, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Leonel Villa Lopez on the official internet

1

government forfeiture site www.forfeiture.gov.  Beginning on November 10, 2018, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Pedro Fuentes on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notices for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the property:

  a. Mariela Ramirez:  A notice letter was sent via certified mail to Mariela Ramirez at 1139 Melton Drive, Apartment #2, Yuba City, CA 95991 on September 6, 2017.  The envelope was returned to our office as "unclaimed" on November 3, 2017.

  b. Leonard Gastelum Lopez and Abraham Gastelum Lopez:  Notice letters were sent via certified mail to Leonard Gastelum Lopez and Abraham Gastelum Lopez at 5636 Nona Way, Sacramento, CA 95824 on November 28, 2018.  The PS Forms 3811 (certified mail "green card" showing delivery of mail) were signed on November 29, 2018.

  c. Rafael Villalobos-Mendoza:  A notice letter was sent via certified mail to Rafael Villalobos-Mendoza at 3731 43rd Street, Sacramento, CA 95820 on November 28, 2018.  The envelope was returned to our office as "not deliverable as addressed, unable to forward" on December 26, 2018.

  d. Rafael Villalobos-Mendoza:  A notice letter was sent via certified mail to Rafael Villalobos-Mendoza at the Sutter County Jail at 1077 Civic Center Blvd., Yuba City, CA 95993 on November 28, 2018.  The envelope was returned to our office with "not in custody" handwritten on the envelope on December 6, 2018.

  e. Megan Comer:  A notice letter was sent via certified mail to Megan Comer at 670 Miller Road, Yuba City, CA 95948 on November 29, 2018.  The envelope was returned to our office as "not deliverable as addressed, unable to forward" on January 3, 2019.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Pedro Fuentes, Leonel Villa Lopez, Mariela Ramirez, Leonard Gastelum Lopez, Abraham Gastelum Lopez, Rafael Villalobos-Mendoza, and Megan Comer:

2

a.     Approximately $5,466.00 in U.S. Currency, plus any accrued interest,
b.     Approximately $5,300.00 in U.S. Currency, plus any accrued interest, and
c.     Approximately $11,485.00 in U.S. Currency, plus any accrued interest.

2.     All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.     The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

4.     Within sixty (60) days from entry of this Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return $2,464.00 in U.S. Currency, plus any accrued interest, to defendant Pedro Fuentes through attorney Todd Leras.

SO ORDERED this 11th day of February, 2019.

_____
Troy L. Nunley
United States District Judge